UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY E. STOCKBRIDGE and KARLEI C. STOCKBRIDGE,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, a New York corporation; and DOES 1 through 10,<br><br>Defendants. | No. 1:18-cv-01422-DAD-SAB<br><br>ORDER ENTERING JUDGMENT AGAINST DEFENDANT AND DISMISSING ACTION WITH PREJUDICE<br><br>(Doc. No. 10) |
| CHASE BANK USA, N.A.,<br><br>Counterclaimant,<br><br>v.<br><br>GUY E. STOCKBRIDGE and KARLEI C. STOCKBRIDGE,<br><br>Counterclaim-Defendants. | |

On November 30, 2018, the parties filed a joint motion for entry of judgment upon acceptance of a Rule 68 offer of judgment. (Doc. No. 10.)

Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. Fed. R. Civ. P.

1

| | |
|---|---|
| 1 | 68(a).  The opposing party must accept the offer through written notice.  *Id.*  Thereafter, "either |
| 2 | party may then file the offer and notice of acceptance, plus proof of service."  *Id.* |
| 3 |       Here, defendant/counterclaimant Chase Bank USA, N.A. (erroneously sued herein as "JP |
| 4 | Morgan Chase Bank") served plaintiffs Guy E. Stockbridge and Karlei C. Stockbridge with a |
| 5 | Rule 68 offer of judgment on November 16, 2018.  (*See* Doc. No. 10-1.)  Plaintiffs accepted the |
| 6 | offer in writing on November 27, 2018.  (*See id.*) |
| 7 |       Accordingly, |

1. The court hereby enters judgment upon the terms set forth in the offer of judgment attached as Exhibit A to the joint motion (*see* Doc. No. 10-1);
2. This action is dismissed with prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 28, 2019**

_____
UNITED STATES DISTRICT JUDGE